ERIC GRANT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GOIVANNI J. GUTIERRES,<br><br>    Defendant. | Case No. 1:25-po-00160-SAB<br><br>[ONLY AS TO: Citation #E1463217 CA/74]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Eric Grant, United States Attorney, and Cody S. Chapple, Assistant United States Attorney, hereby moves to dismiss Case No. 1:25-po-00160-SAB [ONLY AS TO: Citation #E1463217 CA/74] against GOIVANNI J. GUTIERRES, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: December 11, 2024                    Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            United States Attorney

                                      By:   /s/ *Cody S. Chapple*
                                            CODY S. CHAPPLE
                                            Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:25-po-00160-SAB [ONLY AS TO: Citation #E1463217 CA/74] against GOIVANNI J. GUTIERRES is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **December 5, 2025**

STANLEY A. BOONE
United States Magistrate Judge