ERIC GRANT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GOIVANNI J. GUTIERRES,<br><br>Defendant. | CASE NO.  1:25-PO-00160-SAB<br><br>**MOTION AND ORDER FOR DISMISSAL**<br><br>[ONLY AS TO: Citation No. E1463021 CA/74] |

The United States of America, by and through Eric Grant, United States Attorney, and Cody S. Chapple, Assistant United States Attorney, hereby moves to dismiss Case No. 1:25-po-00160-SAB [ONLY AS TO: Citation #E1463021 CA/74] against GOIVANNI J. GUTIERRES, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

 Dated:  February 13, 2026

ERIC GRANT
United States Attorney

By:  /s/ CODY S. CHAPPLE
CODY S. CHAPPLE
Assistant United States Attorney

1

**ORDER**

IT IS HEREBY ORDERED that Case No. 1:25-po-00160-SAB [ONLY AS TO: Citation #E1463021 CA/74] against GOIVANNI J. GUTIERRES is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:    **February 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2